# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVRUM M. BAUM, | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 11-1261 |
| KEYSTONE MERCY HEALTH PLAN, et al., | : | |
| | : | |
|    Defendants | | |

## ORDER

**AND NOW**, this __4TH__ day of October 2011, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. # 8) to State Court is **GRANTED**. This action is **REMANDED** to the Court of Common Pleas for Philadelphia County.

In view of this jurisdictional ruling, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. # 4) is **DENIED** as moot.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: